**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **FALSTAFF PARKING PARTNERS, LLC** | §<br>§<br>§ | |
| **Plaintiff,** | §<br>§ | |
| **V.** | §<br>§ | **CIVIL ACTION NO. 3:26-CV-00005** |
| **THE TRAVELERS INDEMNITY COMPANY** | §<br>§<br>§<br>§ | |
| **Defendant** | §<br>§ | |

**APPENDIX TO NOTICE OF REMOVAL**

Exhibit A:       State Court Docket Sheet

Exhibit B:       Plaintiff's Original Petition

Exhibit B-1:    Citation issued to Defendant

Exhibit B-2:    Defendant's Original Answer

Exhibit B-3:    Defendant's Jury Demand

Exhibit C:       Delaware and/or Texas Secretary of State Filing for Plaintiff

Exhibit D:       Galveston County Tax Office Property Tax Statement

Exhibit E:       Galveston Deed and Sales Record

Exhibit F:       Declarations Page of Policy No. Y-630-6K82409A-Ind-23

Exhibit G:       D&B Business Directory Listing

Exhibit H:       Connecticut Business.Ct.gov Search

Exhibit I:       State Court Notice of Removal