Filed: 12/23/2025 8:04 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 109395906
By: Shailja Dixit
12/23/2025 8:07 AM

CAUSE NO. 25-CV-2242

| | | |
|---|---|---|
| FALSTAFF PARKING PARTNERS, LLC | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 122ND JUDICIAL DISTRICT |
| | § | |
| THE TRAVELERS INDEMNITY COMPANY | § | |
| | § | |
| Defendant | § | GALVESTON COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **THE TRAVELERS INDEMNITY COMPANY,** Defendant in the above-entitled and numbered cause, and files this ORIGINAL ANSWER replying to PLAINTIFF'S ORIGINAL PETITION and for same says:

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial and demands that Plaintiff prove its allegations by a preponderance of the evidence.

### NOTICE OF CONSENT TO ELECTRONIC SERVICE

Defendant consents to electronic service of pleadings, motions, orders, notices, and discovery in this cause ***only*** when service is completed through eFileTexas.gov, the state-authorized electronic filing manager.

### PRAYER

WHEREFORE, Defendant THE TRAVELERS INDEMNITY COMPANY prays that Plaintiff recover nothing from it by way of this suit; that Defendant recover costs of court, and for such other and further relief, both at law and in equity, to which Defendant may be justly entitled.

1980-1265 / Answer                              EXHIBIT B-2

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone

BY: _____
ROBERT F. SCHEIHING
State Bar No. 17736350
Email: bscheihing@brock.law

ATTORNEYS FOR DEFENDANT
**THE TRAVELERS INDEMNITY COMPANY**

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the Texas Rules of Civil Procedure on this 23rd day of December 2025, to:

Brennan Kucera                          Email:    brennan@ck-firm.com
Crowell & Kucera, PLLC
2028 E. Ben White Blvd.
 Suite 240-2015
Austin, TX 78741


_____
ROBERT F. SCHEIHING

_____

/ Answer                                                                              2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patt Cantu on behalf of Robert Scheihing
Bar No. 17736350
pcantu@brock.law
Envelope ID: 109395906
Filing Code Description: Original Answer
Filing Description: Defendant's Original Answer
Status as of 12/23/2025 8:08 AM CST

Associated Case Party: Falstaff Parking Partners, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ben Crowell | | ben@ck-firm.com | 12/23/2025 8:04:04 AM | SENT |
| Brennan Kucera | | brennan@ck-firm.com | 12/23/2025 8:04:04 AM | SENT |
| Lillian Zuniga | | lillian@ck-firm.com | 12/23/2025 8:04:04 AM | SENT |
| Ben Crowell | | ckfirmbackup@gmail.com | 12/23/2025 8:04:04 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Scheihing | | bscheihing@brock.law | 12/23/2025 8:04:04 AM | SENT |