# Deeds & Sales Records

 **December 11, 2025**

## Deed Of Trust

COMMERCIAL  •  COMMERCIAL

### 🏠 BUYER

Limited Liability Company

Falstaff Parking Partners Llc

2090 OLD AIRPORT RD

---

### LENDER DETAILS

LENDER

Bank

MORTGAGE

$4,411,980

---

### COUNTY RECORDS

APN #

3313-0000-0001-000

DOCUMENT TYPE

Deed Of Trust

COUNTY

Galveston

PURCHASE TYPE

Mortgage

---

EXHIBIT E

## TITLE RECORDS

TRANSACTION ID

1420854426

COMPANY

None Available

CODE

26021

BLOCK

453

LOT

1-B

---

## MORTGAGES RECORDS

LENDER NAME

Servisfirst Bank

LENDER ADDRESS

Nashville, TN

DOCUMENT NUMBER

0000054226

INSTRUMENT NUMBER

2025054226

---

## BUYER RECORDS

VESTING CHANGES

 **February 28, 2019**

# Correction Deed

COMMERCIAL

## 🏠 SELLER

Jmk5 Holdings Galveston Llc

## 🏠 BUYER

Falstaff Parking Partners Llc
421 CHURCH ST NASHVILLE TN 372192501

---

## COUNTY RECORDS

APN #
3313-0000-0001-000

DOCUMENT TYPE
Correction Deed

COUNTY
Galveston

DOCUMENT #
0000018125

INSTRUMENT #
18125

PURCHASE TYPE
Transfer

---

## TITLE RECORDS

TRANSACTION ID

812967464

BLOCK

514

---

## BUYER RECORDS

VESTING CHANGES

Company